UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
DAVID S. TAUB, et al.,

                                        Plaintiff(s),          <u>ORDER</u>


                -against-                                       CV 09-0599 (TCP) (ETB)


MARCHESI DiBAROLO S.P.A.,

                                        Defendant(s).
-------------------------------------------------------------------------X


        The conference previously scheduled for September 30, 2009 at 11:00 a.m. before the
undersigned has been rescheduled for 1:30 p.m. on that day.  All counsel shall be present.

        No request for adjournment will be considered unless made at least forty-eight (48) hours
before the scheduled conference.  All requests should be in writing, on consent of all
parties, and contain at least two (2) adjourned dates on which all parties are available.  In
the absence of consent, an explanation of counsel's efforts to obtain agreement should be
stated.  All requests for adjournments should be sent to chambers via ECF on notice to all
parties.

        Plaintiffs' counsel is directed to serve a copy of this Order on counsel for all parties
appearing in this case.


**SO ORDERED:**


Dated: Central Islip, New York
       September 25, 2009

                                        /s/ E. Thomas Boyle
                                        E. THOMAS BOYLE
                                        United States Magistrate Judge