**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DAVID S. TAUB, MARC TAUB,

                            Plaintiffs,

                                                    **ORDER**
      -against-                               09-CV-599 (ADS)(ETB)

MARCHESI DI BAROLO S.P.A,

                            Defendant.
------------------------------------------------------------X


**APPEARANCES:**

**Ettelman & Hochheiser, P.C.**
Attorneys for the Plaintiffs
100 Quentin Roosevelt Blvd., Suite 401
Garden City, NY 11530
       By: Gary Ettelman, Esq.
            Suzanne Fertig, Esq., Of Counsel

**Duane Morris LLP**
Attorneys for the Defendant
1540 Broadway
New York, NY 10036
       By: Rachel G. Pontikes, Esq.
            Larry Selander, Esq.
            John Dellaportas, Esq.
            Javier Chavez , Jr., Esq.
            Christopher Petelle, Esq., Of Counsel


**SPATT, District J.**

      The Court respectfully refers this matter to United States Magistrate Judge E. Thomas Boyle for the purpose of issuing a Report and Recommendation addressing the Defendant's motion for a default judgment and sanctions.

**SO ORDERED.**

Dated: Central Islip, New York
November 20, 2009

                                                                   */s/ Arthur D. Spatt*
                                                                  ARTHUR D. SPATT
                                              United States District Judge