UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

DAVID S. TAUB, and MARC TAUB,                     Index No.: 09 CIV. 599

                Plaintiffs,                     **NOTICE OF APPEARANCE**

    - against –

MARCHESI DI BAROLO S.P.A.,

                Defendant.
-------------------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that the undersigned attorneys, are appearing on behalf of plaintiff David S. Taub, Marc Taub, and Palm Bay International ("Plaintiffs") in the above-captioned action. Plaintiffs request that all papers in connection with the above-captioned action be served upon the undersigned at the address listed below.

Dated: December 11, 2009
       Garden City, New York

                          ETTELMAN & HOCHHEISER, P.C.

                By:    /s/
                        Joshua S. Stern (JS-2554)
                        Attorneys for Plaintiffs
                        100 Quentin Roosevelt Blvd., Suite 401
                        Garden City, NY 11530
                        (516) 227-6300
                        *Attorneys for Plaintiffs David S. Taub, Marc Taub, Palm Bay International, Inc.*

TO:  Duane Morris, LLP
       Javier Chavez, Jr.
       John Dellaportas, Esq.
       1540 Broadway
       New York, NY 10036-4086

       Rachael G. Pontikes
       Duane Morris, LLP
       190 S. La Salle Street, Suite 3700
       Chicago, IL 60603