UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------
PALM BAY INTERNATIONAL, INC.

                Plaintiff/Counter-Defendant,

v.

MARCHESI DI BAROLO S.P.A.,

                Defendant/Counter-Plaintiff.
_____x

DAVID S. TAUB and MARC TAUB, as .,

Successor to MARTIN G. TAUB, deceased,

                Plaintiffs/Counter-Defendants,

v.

MARCHESI DI BAROLO S.P.A.,

                Defendant/Counter-Plaintiff.
_____x

Cons. Case Nos. CV 09 599 and CV 09 601 (ADS) (ETB)

**NOTICE OF MOTION *IN LIMINE* TO EXCLUDE EVIDENCE REGARDING ANY CONTRACT, AGREEMENT, OR UNDERSTANDING BETWEEN PALM BAY INTERNATIONAL, INC. AND DARDEN RESTAURANTS, INC.**

PLEASE TAKE NOTICE that upon the Declaration of Rachael G. Pontikes and the annexed exhibits, together with the accompanying memorandum of law, the undersigned shall move this Court, before the Honorable Thomas C. Spatt, United States District Judge, at the United States District Court, Eastern District of New York, Long Island Courthouse, 1044 Federal Plaza, Central Islip, New York, 11722 at such date and time as the Court directs, for an order barring the admission of any evidence at trial regarding any contract, agreement or understanding between Palm Bay International, Inc. and Darden Restaurants, Inc.

Dated: New York, New York
April 30, 2010

        MARCHESI DI BAROLO, S.P.A.

By:   s/Rachael G. Pontikes
      Rachael G. Pontikes (*pro hac vice*)
      Larry Selander (*pro hac vice*)
      Christopher J. Petelle (*pro hac vice)*
      DUANE MORRIS LLP
      190 South LaSalle, Suite 3700
      Chicago, IL   60603
      (312) 499-6700

      John Dellaportas
      Javier Chavez
      1540 Broadway
      New York, NY   10036-4086
      (212) 692-1000

      *Attorneys for Defendant*
      *Marchesi di Barolo, S.p.A.*

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 30, 2010, she caused a copy of the foregoing **Notice of Motion** be electronically filed with the Clerk of the Court, using the Court's CM/ECF system, which will send electronic notification of the filing to the below CM/ECF participant. Parties may access this filing through the Court's system.

    Gary Ettelman
    Joshua Stern, Esq.
    Suzanne Fertig
    Ettelman & Hochheiser, P.C.
    100 Quentin Roosevelt Blvd.
    Suite 401
    Garden City, NY  11530

                                                 s/Rachael G. Pontikes