

# ETTELMAN & HOCHHEISER, P.C.
## ATTORNEYS AT LAW

GARDEN CITY CENTER
100 QUENTIN ROOSEVELT BOULEVARD
SUITE 401
GARDEN CITY, NY 11530-4850

TEL: (516) 227-6300
FAX: (516) 227-6307
WWW.E-HLAW.COM

April 29, 2010

**VIA ECF AND FEDERAL EXPRESS**

Hon. Arthur D. Spatt
100 Federal Plaza
Central Islip, New York 11722

Re: **Taub et al. v. Marchesi di Barolo S.P.A. ("Marchesi")**
**09 CV 599; 09 CV 601 (Consl.)**

Dear Judge Spatt:

Plaintiffs Palm Bay International, Inc.; David S. Taub; and Marc Taub submit the following letter motion requesting an extension of time until Monday, May 3, 2010, to file their response to Defendant's motion in limine (Dkt # 92). Defendant's motion was filed on April 16, 2010, and pursuant to Local Rule 6.1(b), Plaintiffs' opposition is currently due on Friday, April 30, 2010. The reason for the extension is that the pre-trial order in this case is also due on April 30, 2010. This is the first request for an extension of time. Defendant's counsel does not object to the extension of time.

We thank the Court for its attention.

Very truly yours,

/s/

Gary Ettelman

So Ordered.

Arthur D. Spatt, U.S.D.J.
4/30/10

F:\Palm Bay\Marchesi Di Barolo\Correspondence\Ltr. Spatt 042910.doc