**Duane Morris**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

RACHAEL G. PONTIKES
DIRECT DIAL: (312) 499-6757
PERSONAL FAX: 312.277.6903
E-MAIL: rgpontikes@duanemorris.com

www.duanemorris.com

**MOVANT'S COUNSEL IS DIRECTED TO SERVE
COPY OF THIS ORDER ON ALL PARTIES UPON
RECEIPT, VIA FACSIMILE.**

May 21, 2010

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★  MAY 22 2010  ★

The Honorable Arthur D. Spatt
United States District Court
100 Federal Plaza
P.O. Box 9014
Central Islip, New York  11722-9014

LONG ISLAND OFFICE

Re:  **Taub v. Marchesi Di Barolo S.p.A.**
      **Case No. CV 09 599**

Dear Judge Spatt:

We represent Marchesi di Barolo S.p.A. ("Marchesi") in the above captioned matter. We seek clarification on the deadline for submitting the additional briefing that Your Honor requested in this Court's May 17, 2010 order (Dkt #124). In its ruling, this Court set May 31, 2010 as the deadline for submitting additional briefing addressing the measure of damages. May 31, 2010 is Memorial Day, and therefore, under Federal Rule of Civil Procedure 6(a)(3), the parties are permitted until June 1, 2010 to file their briefs. Marchesi seeks to confirm that the date on which this Court expects the additional briefing addressing the measure of damages is June 1, 2010.

Plaintiffs' counsel agrees with Marchesi's interpretation of the deadline under the Federal Rules and has no objection to Marchesi submitting this letter to the Court.

We thank the Court for its consideration.

*The parties may submit their briefs on or before 6/1/10. So Ordered.*

Very truly yours,

/s/
Rachael G. Pontikes

RGP:ral

cc:  All counsel of record via ECF

*Arthur D. Spatt, U.S.D.J.  5/21/10*

DUANE MORRIS LLP

190 SOUTH LASALLE STREET, SUITE 3700   CHICAGO, IL 60603-3433        PHONE: 312.499.6700   FAX: 312.499.6701
DM1\2200956.1