UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

PALM BAY INTERNATIONAL, INC.

                Plaintiff/Counter-Defendant,

v.

MARCHESI DI BAROLO S.P.A.,

                Defendant/Counter-Plaintiff.

-----------------------------------------------------------x

DAVID S. TAUB and MARC TAUB, as .,
Successor to MARTIN G. TAUB, deceased,

                Plaintiffs/Counter-Defendants,

v.

MARCHESI DI BAROLO S.P.A.,

                Defendant/Counter-Plaintiff.

-----------------------------------------------------------x

Cons. Case Nos. CV 09 599
and CV 09 601 (ADS) (ETB)

**DECLARATION OF RACHAEL G. PONTIKES IN SUPPORT OF DEFENDANT'S MOTION TO EXCLUDE THE TESTIMONY OF DENNIS NEIER AS TO LOST PROFITS**

      Pursuant to 28 U.S.C. § 1746, RACHAEL G. PONTIKES hereby declares under penalty of perjury, that the following is true and correct:

      1.     I am an attorney admitted *pro hac vice* with the law firm of Duane Morris LLP, attorneys for defendant Marchesi di Barolo ("Marchesi"), in the above-captioned actions. I submit this Declaration in support of Marchesi's Motion to Exclude the Testimony of Dennis Neier as to Lost Profits.

      2.     The purpose of this Declaration is to put before the Court the documents which establish that Marchesi's motion to preclude should be granted.

2

3. A true and correct copy of the October 13, 2009 Expert Report of Dennis Neier is annexed hereto as <u>Exhibit 1</u>.

4. A true and correct copy of relevant portions of the April 19, 2010 deposition transcript of Dennis Neier is annexed hereto as <u>Exhibit 2</u>.

5. A true and correct copy of relevant portions of the October 1, 2009 deposition transcript of Doug Jackson is annexed hereto as <u>Exhibit 3</u>.

Dated: Chicago, Illinois
      June 30, 2010

                                            /s/ Rachael G. Pontikes
                                            RACHAEL G. PONTIKES