UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DAVID S. TAUB and MARC TAUB                    Cons. Case No.: 09 CV 599
                                                                            09 CV 601 (ADS)(ETB)

                                   Plaintiffs,

                - against –

MARCHESI DI BAROLO S.P.A.,

                                   Defendant.
-------------------------------------------------------------X

PALM BAY INTERNATIONAL, INC.

                                   Plaintiff,

                - against –

MARCHESI DI BAROLO S.P.A.,

                                   Defendant.
-------------------------------------------------------------X

### DECLARATION OF GARY ETTELMAN IN OPPOSITION TO DEFENDANT MARCHESI'S MOTION IN *LIMINE* TO PRECLUDE MARCY WHITMAN

      Gary Ettelman, does hereby declare the following to be true under the penalties of perjury:

      1.     I am a partner with the law firm of Ettelman & Hochheiser, P.C., attorneys for the Plaintiffs Palm Bay International, Inc; David Taub; and Marc Taub in this action. I respectfully submit this declaration, based on knowledge I acquired through review of the files, in opposition to Defendant Marchesi's motion in limine to preclude Marcy Whitman from testifying at trial.

      2.     Annexed hereto as Exhibit A is a true and accurate copy of relevant

1

portions of the Deposition Transcript of David Taub dated September 23, 2009.

3. Annexed hereto as <u>Exhibit B</u> is a true and accurate copy of relevant portions of the Deposition Transcript of Dennis Delaney dated September 24, 2009

4. Annexed hereto as <u>Exhibit C</u> is a true and accurate copy of relevant portions of the Deposition Transcript of Michael Petteruti dated August 27, 2009.

5. Annexed hereto as <u>Exhibit D</u> is a true and accurate copy of relevant emails produced to Marchesi in this case.

6. Annexed hereto as <u>Exhibit E</u> is a true and accurate copy of Plaintiff's Amended Interrogatory Responses dated September 3, 2009.

Dated: July 7, 2010  
Garden City, New York

/s/  
Gary Ettelman