# Duane Morris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

RACHAEL G. PONTIKES
DIRECT DIAL: (312) 499-6757
PERSONAL FAX: 312.277.6903
*E-MAIL:* rgpontikes@duanemorris.com

*www.duanemorris.com*

July 8, 2010

VIA ECF & FAX

The Honorable Arthur D. Spatt
United States District Court
100 Federal Plaza
P.O. Box 9014
Central Islip, New York  11722-9014

   Re: **Taub v. Marchesi Di Barolo S.p.A.**
      **Case No. CV 09 599**

Dear Judge Spatt:

  We represent Marchesi di Barolo S.p.A. ("Marchesi") in the above captioned matter. Pursuant to the Court's request, we are writing to advise that we will arrive at the courtroom tomorrow, July 9, 2010 at 2:00 p.m. to set up the equipment referenced below to be utilized at the trial of this matter set to commence on July 12, 2010. It is anticipated that the set up will take approximately ninety (90) minutes.

  We will utilize a basic installation consisting of a LCD Projector, Document Camera and Screen. There will also be individual monitors for counsel as well as a small technology table for use by the operator. Use of this equipment will enable Marchesi to electronically publish material to the Court, the witness and jury.

  Marchesi will take responsibility for the installation of the equipment and its removal at the conclusion of the trial.

  We thank the Court for its consideration.

             Very truly yours,

             /s/
             Rachael G. Pontikes

cc:  Counsel of Record via ECF

DUANE MORRIS LLP
190 SOUTH LASALLE STREET, SUITE 3700   CHICAGO, IL 60603-3433  PHONE: 312.499.6700   FAX: 312.499.6701
DM1\2253594.1