UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x

DAVID S. TAUB

   -against-

MARCHESI DiBAROLO, et al.
-------------------------------------------------x

**ORDER OF SUSTENANCE LODGING & TRANSPORTATION**

Docket # 07-CV-3890 (ADS)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JUL 22 2010 ★

LONG ISLAND OFFICE

**IT IS ORDERED that proper :**

( ) LODGING

(X) SUSTENANCE

( ) TRANSPORTATION

be provided to the ( 9 ) jurors empaneled in the above entitled case and to the ( ) U.S. Marshal or ( 1 ) Deputy Clerk in attendance.

( ) QUESTIONAIRES
(X) DURING TRIAL
( ) DELIBERATING
( ) SEQUESTERED
( ) BREAKFAST
( ) LUNCH
( ) DINNER
( ) OTHER

_____
United States District Judge

Date: July 22, 2010
    Central Islip, NY