UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x

DAVID S. TAUB

    -against-

MARCHESI DiBAROLO, et al.

------------------------------------------------x

**ORDER OF SUSTENANCE
LODGING & TRANSPORTATION**

Docket # 09-CV-595 (ADS)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★   JUL 27 2010   ★

LONG ISLAND OFFICE

**IT IS ORDERED that proper :**

   ( )LODGING

   (X) SUSTENANCE

   ( ) TRANSPORTATION

   be provided to the ( 9 ) jurors empaneled in the above entitled case
   and to the ( ) U.S. Marshal or ( 1 ) Deputy Clerk in attendance.

   ( )QUESTIONAIRES
   (X) DURING TRIAL
   ( ) DELIBERATING
   ( ) SEQUESTERED
   ( ) BREAKFAST
   ( ) LUNCH
   ( ) DINNER
   ( ) OTHER

                                                        _____
                                                        United States District Judge

Date: July 27, 2010
      Central Islip, NY