## CIVIL CAUSE ON JURY TRIAL

BEFORE JUDGE: __ARTHUR D. SPATT__        DATE: __7/27/10__        TIME: __9:50 AM__

DOCKET NUMBER: __CV-09-0599__                                            _5 hrs 45 mins_

TITLE: __TAUB, et al.   v.  DiBAROLO, et al.__

Court Reporter: _Mary Ann Steiger_

APPEARANCES:

FOR PLAINTIFF(S):                            __Gary Ettelman, Esq.__

FOR PLAINTIFF(S):                            __Joshua S. Stern, Esq.__

FOR DEFENDANT(S):                            __Rachel Pontikes, Esq.__

FOR DEFENDANT(S):                            __Larry Selander, Esq.__

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★  JUL 27 2010  ★

LONG ISLAND OFFICE

✓ __ CASE CALLED.

__ COUNSEL FOR ALL SIDES PRESENT.

__ COUNSEL FOR_____NOT PRESENT

__ JURY TRIAL ORDERED AND BEGUN.

__ TRIAL ORDERED AND BEGUN.

__ PLAINTIFF OPENS.        __ DEFENDANT OPENS.

✓ __ TRIAL RESUMES. _Witnesses Soon/4?, Trial to Continue_

✓ __ OTHER _on 7/28 at 9:30_