**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
PALM BAY INTERNATIONAL, INC.,

        Plaintiff,

       -against-

MARCHESI DI BAROLO S.P.A.,

        Defendant.
-------------------------------------------------------------X
-------------------------------------------------------------X
DAVID S. TAUB and MARC TAUB,

        Plaintiffs,

       -against-

MARCHESI DI BAROLO S.P.A.,

        Defendant.
-------------------------------------------------------------X

**ORDER**
09-CV-599 (ADS)(AKT)

**SPATT, District Judge.**

    Between July 13, 2010 and August 6, 2010, the Court presided over a trial in the above-referenced cases. At the close of the evidence, the Court entertained motions made by both parties. The Court ruled on all but two of these motions, reserving decision on whether Plaintiffs were entitled to judgment as a matter of law on Defendant Marchesi's fourth and sixth counterclaims. Having reconsidered these applications, both motions for judgment as a matter of law are now denied.

**SO ORDERED.**

Dated: Central Islip, New York
       August 6, 2010

      */s/ Arthur D. Spatt*
ARTHUR D. SPATT
United States District Judge