UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x

DAVID S. TAUB

-against-

MARCHESI DiBAROLO, et al.

-------------------------------------------------x

**ORDER OF SUSTENANCE
LODGING & TRANSPORTATION**

Docket # 05-CV-0599 (ADS)

**IT IS ORDERED that proper :**

( )LODGING

(X ) SUSTENANCE

( ) TRANSPORTATION

be provided to the ( 9 ) jurors empaneled in the above entitled case and to the ( ) U.S. Marshal or ( 1 ) Deputy Clerk in attendance.

( )QUESTIONAIRES
( ) DURING TRIAL
(X ) DELIBERATING
( ) SEQUESTERED
( ) BREAKFAST
( ) LUNCH
( ) DINNER
( ) OTHER

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★  AUG 06 2010  ★

LONG ISLAND OFFICE

_____
United States District Judge

Date: August 6, 2010
      Central Islip, NY